**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 19-cr-20689
                                                      Hon. Matthew F. Leitman

-vs-

JAMES WILDER, II,

      Defendant.

_____/

## ORDER GRANTING EX PARTE MOTION FOR APPOINTMEMNT OF EXPERT TO PREPARE PRESENTENCE PSYCHOLOGICAL EVALUATION

This matter has been brought to the Court upon ex parte application for funds to obtain a forensic psychologist, and the Court having reviewed the supporting documents, and being fully informed, is of the opinion that the Defendant has demonstrated the need for this service for an expert in forensic psychology, and his financial inability to secure these services on his own;

Therefore, the Court authorizes payment to DENNIS SUGRUE, Ph.D., from CJA funds for his expert services on behalf of Defendant, not to exceed Two Thousand Six Hundred ($2,600) dollars, without further approval of the Court.

                                                 /s/Matthew F. Leitman
                                                 MATTHEW F. LEITMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 16, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2020, by electronic means and/or ordinary mail.

                                          s/Holly A. Monda
                                          Case Manager
                                          (810) 341-9764


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 16, 2020, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda
                                      Case Manager
                                      (810) 341-9764